ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

FILED
NOV 13 2006
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, v. UNITED STATES, Defendant. | No. 06-762 C<br>Judge: |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff L-3 Communications Corporation, Link Simulation & Training Division ("L-3") by its counsel certifies the following disclosure:

L-3 Communications Holdings, Inc. is the parent company of L-3 Communications Corporation and owns 100% of L-3 Communications Corporation's stock. Link Simulation & Training Division is an unincorporated division of L-3 Communications Corporation.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202)220-1200
Facsimile: (202) 220-1665
Counsel for L-3 Communications Corporation, Link Simulation & Training Division

Dated: November 13, 2006