ORIGINAL

FILED
NOV 13 2006
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. 06-762 C |
| UNITED STATES, Defendant. | ) | Judge: |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Appendix C of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff L-3 Communications Corporation, Link Simulation & Training Division ("L-3") respectfully requests leave to file the accompanying complaint and pleadings under seal.

In support of this motion, counsel for L-3 states that some of the documents and other material that may be produced, cited and quoted by the parties to the Court in connection with this matter will contain sensitive proprietary or otherwise confidential information. In addition, L-3 is currently bound by a Protective Order issued by the Government Accountability Office ("GAO") on October 18, 2006, in connection with *L-3 Communications Corp.*, B-299014. On November 10, 2006, GAO issued a Notice of Limited Leave to Release Protected Information to a Federal Court in anticipation of L-3 filing a suit in the U.S. Court of Federal Claims. Specifically, GAO modified the Protective Order as follows:

> 1. Protected information obtained pursuant to GAO's protective order must be filed under Seal with the court, and the protester must request that the court issue a protective order to cover the information currently under the GAO protective order. Counsel for the protester remains responsible for any release of information, inadvertent or otherwise, that may occur prior to the

> court issuing a protective order covering all the currently protected information.
>
> 2. Use of information protected under the GAO protective order will be governed by the protective order issued by the court. The protester must provide a copy of the court's protective order to GAO upon issuance.

*See* Attached GAO Notice.

In accordance with Appendix C, all confidential or proprietary information that is proposed to be censored in the redacted version is contained in brackets [ ]. L-3 has also filed redacted versions of all pleadings that contain confidential or proprietary information.

For these reasons, L-3 respectfully requests that the Court grant leave to file its complaint and accompanying pleadings under seal.

Respectfully Submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for L-3 Communications Corporation
Link Simulation & Training Division

Of Counsel
Charles H. Carpenter
Sean P. Bamford
Heather Kilgore Weiner
PEPPER HAMILTON LLP

Dated: November 13, 2006

GAO
Accountability * Integrity * Reliability

United States Government Accountability Office
Washington, DC 20548

# Facsimile Transmission Sheet

**Date:** November 10, 2006

Number of pages, including this cover sheet: 3

If transmission problems occur, please call 202-512-8234.
Our fax number is 202-512-9749.

**Re:** B-299014
Protest of L-3 Communications Corporation

**From:** Guy Pietrovito, Deputy Assistant General Counsel

| Name | Firm/Agency | Phone | Fax |
|---|---|---|---|
| Michael Hordell | Pepper Hamilton | 202-220-1232 | 202-220-1665 |
| Sherry Kaswell | Interior | 202-208-6201 | 202-219-1790 |
| Michael Mason | Hogan & Hartson | 202-637-5499 | 202-637-5910 |

**Comments:** Pursuant to the protester's request, I am transmitting a Notice of Limited Leave to Release Protected Information to a Federal Court.

To confirm my telephone calls this week with respect to the parties' document production dispute: what I indicated was that it did not appear that the protester was challenging the evaluation of Lockheed Martin Aspen Services, Incorporated's proposal, and therefore it did not appear that the awardee's proposal or the agency's evaluation documentation of the awardee's proposal was relevant. I also indicated, however, that, because the protester was challenging the agency's cost/technical tradeoff judgment, I expected the agency to produce document(s) (such as a summary report or other documents) that show the agency's evaluation results and which support the agency's documented source selection decision. I also indicated that if the documents produced by the agency, such as an evaluation report and source selection decision, were not detailed enough to allow for review of the agency's costs/technical tradeoff determination, I may require the production of additional evaluation documents.

GAO
Accountability * Integrity * Reliability
United States Government Accountability Office
Washington, DC 20548

November 10, 2006

Michael A. Hordell, Esq.
Pepper Hamilton LLP
Counsel for the Protester

Sherry K. Kaswell, Esq.
Department of the Interior
Counsel for the Agency

Michael F. Mason, Esq.
Hogan & Hartson LLP
Counsel for the Intervenor

| | |
|---|---|
| **File:** | B-299014 |
| **Protester:** | L-3 Communications Corporation |
| **Agency:** | Department of the Interior |

**NOTICE OF LIMITED LEAVE TO RELEASE PROTECTED INFORMATION TO A FEDERAL COURT**

This notice modifies the terms of the Government Accountability Office protective order issued October 18, 2006, in connection with the above-referenced protest. The protective order is modified as follows to allow counsel for L-3 Communications Corporation to use protected material in a suit the protester intends to file in the United States Court of Federal Claims.

1. Protected information obtained pursuant to GAO's protective order must be filed under Seal with the court, and the protester must request that the court issue a protective order to cover the information currently under the GAO protective order. Counsel for the protester remains responsible for any release of information, inadvertent or otherwise, that may occur prior to the court issuing a protective order covering all the currently protected information.

2. Use of information protected under the GAO protective order will be governed by the protective order issued by the court. The protester must provide a copy of the court's protective order to GAO upon issuance.

All terms of the GAO protective order not otherwise modified by this notice remain in effect.

Guy R. Pietrovito
Deputy Assistant General Counsel

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. _________________ |
| | ) | Judge: _________________ |
| UNITED STATES, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 13, 2006, true copies of the following documents were served by hand-delivery, upon Lauren A. Moore, Trial Attorney, U.S. Department of Justice, Commercial Litigation Branch, Civil Division, 1100 L Street, N.W., Room 10108, Washington, D.C. 20530; and by hand-delivery, upon Kathleen Engel, Contracting Officer, United States Department of the Interior, c/o Sherry K. Kaswell, Department of the Interior, Division of General Law, 1849 C Street, N.W., Room 7327, Washington, D.C. 20240:

1. Complaint for Declaratory Judgment, Temporary Restraining Order, Preliminary and Permanent Injunctive Relief (Non-redacted and Redacted);

2. Plaintiff's Application for Temporary Restraining Order and proposed Order;

3. Plaintiff's Motion for Preliminary Injunction and proposed Order;

4. Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction (Non-redacted and Redacted);

5. Plaintiff's Motion for Leave to File Under Seal;

6. Motion for Protective Order and proposed Protective Order; and,

7. Plaintiff's Rule 7.1 Corporate Disclosure Statement.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Counsel for L-3 Communications
Corporation, Link Simulation & Training
Division

Dated: November 13, 2006