ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
NOV 13 2006
U.S. COURT OF FEDERAL CLAIMS

L-3 COMMUNICATIONS CORP.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 06-762 C
Judge: ____________

## PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

Pursuant to General Rule 65(b) of the Rules of the United States Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, and in the accompanying Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief, both incorporated herein by reference, Plaintiff, L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), respectfully applies to this Court for an order temporarily restraining the Defendant, United States Department of the Interior, GovWorks, from permitting Lockheed Martin Services Inc. ("Lockheed Martin") to commence with and/or continue performance under the contract awarded to Lockheed Martin under Request for Proposals Number 1406-04-06-RP-60246.

The undersigned counsel for L-3 notified the Contracting Officer, the Department of Justice and the awardee of the filing of this action as required under Appendix C of the Rules

of the United States Court of Federal Claims. L-3 requests a hearing on this application at the earliest possible opportunity.

WHEREFORE, it is respectfully requested that this application be granted and a temporary restraining order be entered in the form attached hereto.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for L-3 Communications Corporation
Link Simulation & Training Division

Of Counsel
Charles H. Carpenter
Sean P. Bamford
Heather Kilgore Weiner
PEPPER HAMILTON LLP

Dated: November 13, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. ____________ Judge: ____________ |
| UNITED STATES, Defendant. | ) | |

**TEMPORARY RESTRAINING ORDER**

This matter having come before the Court on Plaintiff's L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), Application for Temporary Restraining Order, and it appearing to the Court that L-3 has shown a likelihood of success on the merits, and that irreparable injury will occur in the absence of immediate relief, it is this _____ day of ________, 2006.

ORDERED, that until such time as L-3's Motion for Preliminary Injunction is heard and determined, Defendant, United States Department of the Interior, GovWorks, is hereby restrained and enjoined from permitting Lockheed Martin Services Inc. ("Lockheed Martin") to commence and/or continue with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 1406-04-06-RP-60246; and

ORDERED, that L-3's Motion for Preliminary Injunction shall be heard on

_______________, 2006 at ______ a.m./p.m.

_______________________________
Judge

To: United States Department of the Interior
GovWorks
Procurement Operations Branch
381 Elden Street, MS 2510
Herndon, VA 20170-4817

Counsel for L-3 Communications Corporation, Link Simulation & Training Division
Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12124
Washington, D.C. 20530

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. ________ Judge: ________ |
| UNITED STATES, Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 13, 2006, true copies of the following documents were served by hand-delivery, upon Lauren A. Moore, Trial Attorney, U.S. Department of Justice, Commercial Litigation Branch, Civil Division, 1100 L Street, N.W., Room 10108, Washington, D.C. 20530; and by hand-delivery, upon Kathleen Engel, Contracting Officer, United States Department of the Interior, c/o Sherry K. Kaswell, Department of the Interior, Division of General Law, 1849 C Street, N.W., Room 7327, Washington, D.C. 20240:

1. Complaint for Declaratory Judgment, Temporary Restraining Order, Preliminary and Permanent Injunctive Relief (Non-redacted and Redacted);

2. Plaintiff's Application for Temporary Restraining Order and proposed Order;

3. Plaintiff's Motion for Preliminary Injunction and proposed Order;

4. Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction (Non-redacted and Redacted);

5. Plaintiff's Motion for Leave to File Under Seal;

6. Motion for Protective Order and proposed Protective Order; and,

7. Plaintiff's Rule 7.1 Corporate Disclosure Statement.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Counsel for L-3 Communications
Corporation, Link Simulation & Training
Division

Dated: November 13, 2006