ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
NOV 13 2006
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | No. 06-762 C |
| v. | ) | Judge: |
| UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the United States Court of Federal Claims and for the reasons set forth in the accompanying Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, and in the accompanying Complaint for Declaratory Judgment and Preliminary and Permanent Injunctive Relief, both incorporated herein by reference, L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), respectfully requests that this Motion for a Preliminary Injunction be granted and that the Court issue an order enjoining the Defendant, United States Department of the Interior, GovWorks, from permitting Lockheed Martin Services Inc. ("Lockheed Martin") to commence and/or continue with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 1406-04-06-RP-60246, until

such time as the Government Accountability Office ("GAO") has an opportunity to issue a decision in *L-3 Communication Corp.*, B-299014, declaring the rights of the parties.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Attorney for L-3 Communications Corporation
Link Simulation & Training Division

Of Counsel
Charles H. Carpenter
Sean P. Bamford
Heather Kilgore Weiner
PEPPER HAMILTON LLP

Dated: November 13, 2006

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. ______________ |
| | ) | Judge: ____________ |
| UNITED STATES, | ) | |
| Defendant. | ) | |

## ORDER

This matter having come before the Court on Plaintiff's L-3 Communications Corporation, Link Simulation & Training Division ("L-3"), Motion for Preliminary Injunction, and it appearing to the Court that L-3 has shown (1) that it is likely to prevail on the merits; (2) that it will suffer immediate and irreparable injury if the injunction is denied; (3) that the balance of hardships on all the parties favors L-3; and (4) that injunctive relief is in the public interest, it is this _____ day of _________, 2006,

ORDERED, that the United States Department of the Interior, GovWorks is hereby restrained and enjoined from permitting, Lockheed Martin Services Inc. ("Lockheed Martin") to commence and/or continue with performance under the contract awarded to Lockheed Martin under Request for Proposals Number 1406-04-06-RP-60246 until the Government Accountability Office has had an opportunity to issue a decision in *L-3 Communications*, B-299014, declaring the rights of the parties and until further order of this Court.

______________________________
Judge

To: United States Department of the Interior
GovWorks
Procurement Operations Branch
381 Elden Street, MS 2510
Herndon, VA 20170-4817

Counsel for L-3 Communications Corporation, Link Simulation & Training Division
Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 12124
Washington, D.C. 20530

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

| | | |
|---|---|---|
| L-3 COMMUNICATIONS CORP., Plaintiff, | ) | |
| v. | ) | No. ______ Judge: ______ |
| UNITED STATES, Defendant. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on November 13, 2006, true copies of the following documents were served by hand-delivery, upon Lauren A. Moore, Trial Attorney, U.S. Department of Justice, Commercial Litigation Branch, Civil Division, 1100 L Street, N.W., Room 10108, Washington, D.C. 20530; and by hand-delivery, upon Kathleen Engel, Contracting Officer, United States Department of the Interior, c/o Sherry K. Kaswell, Department of the Interior, Division of General Law, 1849 C Street, N.W., Room 7327, Washington, D.C. 20240:

1. Complaint for Declaratory Judgment, Temporary Restraining Order, Preliminary and Permanent Injunctive Relief (Non-redacted and Redacted);

2. Plaintiff's Application for Temporary Restraining Order and proposed Order;

3. Plaintiff's Motion for Preliminary Injunction and proposed Order;

4. Memorandum of Points and Authorities in Support of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction (Non-redacted and Redacted);

5. Plaintiff's Motion for Leave to File Under Seal;

6. Motion for Protective Order and proposed Protective Order; and,

7. Plaintiff's Rule 7.1 Corporate Disclosure Statement.

Respectfully submitted,

Michael A. Hordell
PEPPER HAMILTON LLP
600 14th Street, N.W., Suite 500
Washington, DC 20005-2004
Telephone: (202) 220-1200
Facsimile: (202) 220-1665
Counsel for L-3 Communications Corporation, Link Simulation & Training Division

Dated: November 13, 2006