# In The United States Court of Federal Claims

| | |
|---|---|
| L-3 COMMUNICATIONS CORP., *Plaintiff,* | No. 06-762C |
| v. | Judge Christine O.C. Miller |
| UNITED STATES *Defendant.* | |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel certifies that Lockheed Martin Services, Incorporated is a wholly-owned subsidiary of Lockheed Martin Corporation.

Respectfully Submitted,

/s/

Michael F. Mason
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
202-637-5499
202-637-5910 (fax)
MFMason@HHLaw.com

Dated: November 14, 2006