# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**L-3 COMMUNICATIONS CORP.,** *

Plaintiff, *

v. * No. 06-762C

**THE UNITED STATES,** * (Filed Nov. 14, 2006)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion filed on November 13, 2006, for leave to file this case under seal is granted, and all filings in connection with this case shall be placed under seal.

s/ Christine O.C. Miller

**Christine Odell Cook Miller**
Judge