IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATION CORP., Plaintiff, | No. 06-762C |
| v. | (Judge Christine Miller) |
| THE UNITED STATES, Defendant | |
| and | |
| LOCKHEED MARTIN SERVICES, INC., Intervenor. | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lauren S. Moore as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lauren S. Moore
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 616-0333
Fax: (202) 514-8640

November 20, 2006

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on this 20th day of November 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Lauren S. Moore