IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| L-3 COMMUNICATION CORP., Plaintiff, | ) |
| v. | ) No. 06-762C (Judge Christine Miller) |
| THE UNITED STATES, Defendant | ) |
| and | ) |
| LOCKHEED MARTIN SERVICES, INC., Intervenor. | ) |

STIPULATION OF DISMISSAL

It is stipulated by all the parties that this action be dismissed with prejudice pursuant to Rule 41(a)(1)(ii). See Exhibit A. Therefore, the parties respectfully request that the Court dismiss this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Todd M. Hughes

TODD M. HUGHES
Assistant Director

s/ Michael A. Hordell

MICHAEL A. HORDELL
Pepper Hamilton LLP
600 14th Street, N.W.
Suite 500
Washington, D.C. 20005-2004
Tele: (202) 220-1200
Fax: (202) 220-1665

Attorney for Plaintiff

s/ Michael F. Mason

MICHAEL F. MASON
Hogan & Hartson LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tele: (202) 637-5499
Fax: (202) 637-5910

Attorney for Intervenor

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

DECEMBER 1, 2006

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 1st day of DECEMBER, 2006, a copy of the foregoing "STIPULATION OF DISMISSAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system and that parties may access this filing through the Court's system.

/s/ Lauren S. Moore