GovWorks
FEDERAL ACQUISITION CENTER
Government Working With Government

November 20, 2006

The Honorable Christine Miller
United States Court of Federal Claims
717 Madison Place, N.W.
Washington, D.C. 20005

Re: L-3 Communications Corp. v. United States and Lockheed Martin Services Inc., No. 06-762C (Fed. Cl.)

Dear Judge Miller:

The Department of the Interior, National Business Center, GovWorks-Federal Acquisition Center has determined that the current stay of performance of Contract No. 1406-04-06-CT-60246, pursuant to plaintiff's request for a temporary restraining order, should continue until such time as the Government Accountability Office ("GAO") issues a decision upon the Protest of L-3 Communications Corp. of the award in RFP No. 1406-04-06-RP-60246 (GAO Protest B-299014).

Very Respectfully,

for/ Katherine L. Dalco

David Sutfin
Head of Contracting Activity
DOI/NBC/GovWorks



EXHIBIT "A"